IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOAN M. CICCHIELLO, | : | Civil Action No. 4:12-CV-2066 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ANTHONY J. ROSINI, *et. al.*, | : | |
| | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**MEMORANDUM**

March 25, 2013

**BACKGROUND:**

On October 15, 2012, plaintiff Joan M. Cicchiello, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1).

The matter was initially referred to United States Magistrate Judge Martin C. Carlson. On January 28, 2013, Magistrate Judge Carlson filed a twenty-six-page report and recommendation (Doc. No. 15), recommending that defendants' motions to dismiss (Doc. Nos. 8 and 12) be granted, plaintiff's motion to stay probation (Doc. No. 10) be denied, and the plaintiff's complaint be dismissed as to all defendants for failure to prosecute pursuant to Fed. R. Civ. P. 41. Objections to the report and recommendation were due on February 14, 2013. Plaintiff did

1

not file any objections.

Because this court agrees with Magistrate Judge Carlson's detailed, thorough and well-written analysis, the court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety. An order in conformity with this memorandum will issue.

s/Matthew W. Brann
Matthew W. Brann
United States District Judge