IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN M. CICCHIELLO, | : | Civil Action No. 4:12-CV-2066 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ANTHONY J. ROSINI, *et. al.*, | : | |
| | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

# ORDER

March 25, 2013

In conformity with the memorandum issued on today's date,

**IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in full. ( Doc. No. 15)

2. Plaintiff's Motion to Stay Probation is DENIED. (Doc. No. 10).

3. Defendants' Motions to Dismiss are GRANTED. (Doc. Nos. 8 and 12).

4. The complaint is DISMISSED

5. The clerk is directed to close the case file.

      s/ Matthew W. Brann
Matthew W. Brann
United States District Judge